# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2446
_____

Michael Schlegel,

*Plaintiff - Appellant*,

v.

Eric Holder; John Marti; United States District Court, District of Minnesota,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 17, 2015
Filed: February 20, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Michael Schlegel appeals the district court's[1] order dismissing his pro se civil action for failure to state a claim. After careful de novo review, *see Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review), we affirm. *See* 8th Cir. R. 47B.

————————————————

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation in the District of Minnesota.